No. 72–6017.  CANTU *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–6021.  CREWS ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–6028.  GAMMON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 72–6030.  ROBINSON *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 72–6031.  KUBITSKY *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 72–6036.  RIGGS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 72–6037.  SMITH *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–6045.  CROWDER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–6053.  MORRIS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 72–6091.  LEE *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 72–6164.  WARDLAW *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 72–6169.  RULO *v.* RUBIN, TRUSTEE IN BANKRUPTCY.  C. A. 8th Cir.  Certiorari denied.